AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA  92868
(714) 621-0200

DEC 1 3 2006

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No.  SA 06-11390 JR |
| LAURA KATHLEEN     FARRIS | ) | |
| MARC PHILLIP         FARRIS | ) | **TRUSTEE'S REPORT AND MOTION FOR** |
| | ) | **CONFIRMATION OF THE FIRST AMENDED PLAN** |
| | ) | **AND ALLOWANCE OF FEES** |
| Debtor(s) | ) | |
| | ) | |

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

Debtor's net income is $ **$2,077.98**  per month

Spouse/other net income is $ **$0.00**  per month

Debtor's Budget shows $ **$1,921.54**  disposable income.

Debtor proposes to pay $ **$1,551.00*** per month into the Plan.

Estimated number of months to complete: **60**  months.

This Plan will pay **100**% to unsecured creditors.

By interlineation:* **The plan payment is 0 in month 1 and increases to $1,551.00 in months 2 through 60.  Debtors stipulate to relief from stay to allow WFS to apply the insurance proceeds against their vehicle lien.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

   WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated:  **December 11, 2006**

_____
Amrane Cohen, Chapter 13 Trustee